UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**Samiyha West,**                             :        Chapter 7
                                              :
            **Debtor.**                       :        Bky. No. 25-14303 (PMM)

# O R D E R

      **AND NOW**, upon consideration of the Motion to Enforce the Automatic Stay and for Turnover (doc. #7, the "Motion") and the request for expedited consideration thereof, it is hereby **ORDERED** that:

1. The request to expedite the hearing on the Motion is **GRANTED**.

**2.** A hearing to consider the Motion will be held on **Wednesday, October 29, 2025 at 11:00 a.m.** via Zoom teleconference:

https://www.zoomgov.com/j/1618809386?pwd=URKxqxfLlbixemmz0b9vLIbKHp3bHA.1

Meeting ID: 161 880 9386
Passcode: 799763

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The *pro se* Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee, the individual Respondents, all secured creditors and all priority creditors by overnight mail or e-mail transmission **no later than 5:00 p.m.** on or before **Monday, October 27, 2025**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The *pro se* Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **Monday, October 27, 2025**. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date: 10/27/25**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Samiyha West
223 Stevens St.
Philadelphia, PA 19111